**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7587**

LORD VERSATILE,

       Plaintiff - Appellant,

   v.

LORETTA KELLY, Warden (Former), Sussex I State Prison; A. F. MILLER, Operations Officer, Warden - Designee, Sussex I State Prison; R. W. SPROUSE, CO, Investigator, Sussex I State Prison; W. BROWN, Hearings Officer, Sussex I State Prison,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:12-cv-00333-HEH)

Submitted: February 20, 2014    Decided: February 25, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lord Versatile, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lord Versatile, a Virginia inmate, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Versatile v. Kelly</u>, No. 3:12-cv-00333-HEH (E.D. Va. Sept. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>